1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Eugene De Bartolo

6 **UNITED STATES DISTRICT COURT**
   **DISTRICT OF ARIZONA**
7

8  Eugene De Bartolo,           )   Case No.:  2:11-at-99909
                                )
9                  Plaintiff,   )   **COMPLAINT AND DEMAND FOR**
                                )   **JURY TRIAL**
10         v.                   )
                                )   **(Unlawful Debt Collection Practices)**
11 Bay Area Credit Services,    )
                                )
12                  Defendant.  )
13

14 **PLAINTIFF'S COMPLAINT**

15    Eugene De Bartolo (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges

16 the following against Bay Area Credit Services (Defendant):

17 **INTRODUCTION**

18 1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15

19    U.S.C. 1692 et seq.* (FDCPA).

20 **JURISDICTION AND VENUE**

21 2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

22    actions may be brought and heard before "any appropriate United States district court

23    without regard to the amount in controversy."

24 3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction

25    is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5. Plaintiff is a natural person residing in Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency and conducts business in Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged medical debt incurred by Plaintiff's minor daughters.

11. Defendant calls Plaintiff on his cell phone, 813-841-0090, from 866-515-3445.

12. Defendant calls Plaintiff before 5 a.m. (See Exhibit A)

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

13. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

WHEREFORE, Plaintiff, Eugene De Bartolo, respectfully requests judgment be entered against Defendant, Bay Area Credit Services, for the following:

- 3 -

14. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

15. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

16. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, Eugene de Bartolo, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Ryan Lee
     Ryan Lee
     Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF ARIZONA

Plaintiff, EUGENE DE BARTOLO, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, EUGENE DE BARTOLO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9-15-11                    _____
                                    EUGENE DE BARTOLO