1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Eugene De Bartolo

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| Eugene De Bartolo, | ) | **Case No.: 2:11-cv-01889-JAT** |
|---|---|---|
| Plaintiff, | ) ) ) | **VOLUNTARY DISMISSAL** |
| v. | ) ) | |
| Bay Area Credit Services, | ) ) ) | |
| Defendant. | ) ) | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, Eugene De Bartolo, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 20, 2012                                        KROHN & MOSS, LTD.


                                                             By:/s/ Ryan Lee
                                                                Ryan Lee
                                                                Attorneys for Plaintiff
                                                                Eugene De Bartolo

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2012, I served a copy of this document via USPS MAIL upon the following:

Bay Area Credit Services
1901 W 10th Street
Antioch CA 94509

By: /s/ Ryan Lee

    Ryan Lee
    Attorney for Plaintiff